IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01117-PAB-CBS

DENVER NUGGETS LIMITED PARTNERSHIP,

    Plaintiff,

v.

PENTACORP, INC. and
TIM F. JOHNSON,

    Defendants.
_____

**ORDER OF ADMINISTRATIVE CLOSURE**
_____

    This matter comes before the Court upon the parties' Joint Stipulated Motion to Administratively Close Case [Docket No. 22], filed March 31, 2009.

    The parties have entered into a settlement agreement in this case, the terms of which were put on the record before United States Magistrate Judge Craig B. Shaffer on March 30, 2009. The settlement agreement is to be satisfied on or before September 30, 2009.

    In the event the terms of the settlement are satisfied, the parties will move to dismiss the case with prejudice, each party to bear its own fees and costs. In the event that the terms of the settlement are not satisfied, the parties will file a motion for judgment. Any such motion will be filed on or before October 7, 2009. Through their motion, the parties request an order of this Court administratively closing this case subject to being reopened for the dismissal of the case or the entry of judgment pursuant to the terms of the settlement.

Having reviewed the matter and being fully advised in the premises, I find that this case should be administratively closed subject to reopening for good cause shown pursuant to D.C.COLO.LCivR 41.2.  Good cause for reopening this case shall include non-compliance with the settlement terms.  Wherefore, it is

ORDERED that this case is administratively closed pursuant to D.C.COLO.LCivR 41.2, subject to being reopened for good cause shown.  It is further

ORDERED on or before October 7, 2009, the parties shall file a motion to dismiss this case or enter judgment.

DATED April 1, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge