IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-1117-PAB-CBS

DENVER NUGGETS LIMITED PARTNERSHIP,

Plaintiff,

v.

PENTACORP, INC. and
TIM F. JOHNSON,

Defendants.

_____

**ORDER REOPENING CASE**
_____

This matter is before the Court on Plaintiff's Motion to Reopen Case in Order to Enter Consent Judgment and Decree [Docket No. 30] based on the fact that defendants have failed to comply with the settlement terms. The Court has reviewed the pleading and is fully advised in the premises.

For good cause shown pursuant to D.C.COLO.LCivR 41.2, the Court finds that this case should be reopened. It is

ORDERED that this case is reopened pursuant to D.C.COLO.LCivR 41.2.

DATED December 28, 2009.

                                            BY THE COURT:

                                            s/ Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge